```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DARRENN DIONE AQUINO, et al.,                               :
                              Plaintiffs,                   :
                                                            :          16 Civ. 334 (LGS)
           -against-                                        :
                                                            :               ORDER
SKYVIEW ACQUISITIONS, LLC, et al.,                          :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/17

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated March 10, 2017, Judge Freeman extended the deadline to complete discovery from March 31, 2017, to April 28, 2017;

WHEREAS, a case management conference before the Court is currently scheduled for April 19, 2017, in Courtroom 1106, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007; it is hereby

**ORDERED** that the case management conference is adjourned to May 17, 2017, at 10:20 am.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiffs.

Dated: March 13, 2017
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE